UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

| | | |
|---|---|---|
| IN RE: Acetaminophen – ASD-ADHD | : | 22md3043  (DLC) |
| Products Liability Litigation | : | 25cv7203  (DLC) |
| | : | 25cv8011  (DLC) |
| This Document Relates to: | : | 25cv6239  (DLC) |
| Babcock v. Johnson & Johnson Consumer, | : | 25cv7191  (DLC) |
| Inc. et al., Case No. 1:25-cv-7203 | : | 25cv10737  (DLC) |
| Barnes v. Johnson & Johnson Consumer, | : | 25cv6199  (DLC) |
| Inc. et al., Case No. 1:25-cv-7203 | : | 25cv6201  (DLC) |
| Barrios v. Johnson & Johnson Consumer, | : | 25cv9068  (DLC) |
| Inc. et al., Case No. 1:25-cv-6239 | : | 25cv9541  (DLC) |
| Bianchi v. Johnson & Johnson Consumer, | : | 25cv6212  (DLC) |
| Inc. et al., Case No. 1:25-cv-7191 | : | 25cv7195  (DLC) |
| Brand v. Johnson & Johnson Consumer, | : | 25cv7207  (DLC) |
| Inc. et al., Case No. 1:25-cv-10737 | : | 25cv6922  (DLC) |
| Buie v. Johnson & Johnson Consumer, | : | 25cv6128  (DLC) |
| Inc. et al., Case No. 1:25-cv-6199 | : | 25cv7944  (DLC) |
| Byrne v. Johnson & Johnson Consumer, | : | 25cv6923  (DLC) |
| Inc. et al., Case No. 1:25-cv-6201 | : | 25cv9073  (DLC) |
| Cabrera v. Johnson & Johnson Consumer, | : | 25cv10724  (DLC) |
| Inc. et al., Case No. 1:25-cv-9068 | : | 25cv9074  (DLC) |
| Conner v. Johnson & Johnson Consumer, | : | 25cv7210  (DLC) |
| Inc. et al., Case No. 1:25-cv-9541 | : | 25cv7211  (DLC) |
| Davis v. Johnson & Johnson Consumer, | : | 25cv9077  (DLC) |
| Inc. et al., Case No. 1:25-cv-6212 | : | 25cv8020  (DLC) |
| Diol v. Johnson & Johnson Consumer, | : | 25cv8021  (DLC) |
| Inc. et al., Case No. 1:25-cv-7195 | : | 25cv8013  (DLC) |
| Faux v. Johnson & Johnson Consumer, | : | 25cv6215  (DLC) |
| Inc. et al., Case No. 1:25-cv-7207 | : | 25cv10721  (DLC) |
| Followill v. Johnson & Johnson | : | 25cv7949  (DLC) |
| Consumer, Inc. et al., Case No. 1:25- | : | 25cv6219  (DLC) |
| cv-6922 | : | 25cv8023  (DLC) |
| France v. Johnson & Johnson Consumer, | : | 25cv6926  (DLC) |
| Inc. et al., Case No. 1:25-cv-6218 | : | 25cv8015  (DLC) |
| Gadzinski v. Johnson & Johnson | : | 25cv9542  (DLC) |
| Consumer, Inc. et al., Case No. 1:25- | : | 25cv7953  (DLC) |
| cv-7944 | : | 25cv7990  (DLC) |
| Gayle v. Johnson & Johnson Consumer, | : | 25cv10729  (DLC) |
| Inc. et al., Case No. 1:25-cv-6923 | : | 25cv6925  (DLC) |
| Gutierrez v. Johnson & Johnson | : | 25cv7222  (DLC) |
| Consumer, Inc. et al., Case No. 1:25- | : | 25cv6929  (DLC) |
| cv-9073 | : | 25cv7995  (DLC) |
| Jeffers v. Johnson & Johnson Consumer, | : | 25cv6233  (DLC) |
| Inc. et al., Case No. 1:25-cv-10724 | : | 25cv7226  (DLC) |
| | : | 25cv9079  (DLC) |

Johnson v. Johnson & Johnson Consumer,  :
Inc. et al., Case No. 1:25-cv-9074      :
Jones v. Johnson & Johnson Consumer,    :
Inc. et al., Case No. 1:25-cv-7210      :
King v. Johnson & Johnson Consumer,     :
Inc. et al., Case No. 1:25-cv-7211      :
Kippel v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-9077      :
Limbrick v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-8020                                 :
Malphus v. Johnson & Johnson Consumer,  :
Inc. et al., Case No. 1:25-cv-8021      :
Martinez v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-8013                                 :
Maxwell v. Johnson & Johnson Consumer,  :
Inc. et al., Case No. 1:25-cv-6215      :
McCoy v. Johnson & Johnson Consumer,    :
Inc. et al., Case No. 1:25-cv-10721     :
Miller v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-7949      :
Misenheimer v. Johnson & Johnson        :
Consumer, Inc. et al., Case No. 1:25-   :
cv-6219                                 :
Monigan v. Johnson & Johnson Consumer,  :
Inc. et al., Case No. 1:25-cv-8023      :
Morris v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-6926      :
Moxley v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-8015      :
Oliver-Ayers v. Johnson & Johnson       :
Consumer, Inc. et al., Case No. 1:25-   :
cv-9542                                 :
Patterson v. Johnson & Johnson          :
Consumer, Inc. et al., Case No. 1:25-   :
cv-7953                                 :
Redden v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-7990      :
Reich v. Johnson & Johnson Consumer,    :
Inc. et al., Case No. 1:25-cv-10729     :
Robinson v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-6925                                 :
Rogers v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-7222      :
                                        :

25cv6927  (DLC)
25cv8001  (DLC)
25cv6222  (DLC)
25cv10092 (DLC)
25cv6235  (DLC)
25cv7229  (DLC)
25cv9701  (DLC)
25cv8005  (DLC)
25cv6931  (DLC)

FINAL JUDGMENT:
25cv7203  (DLC)
25cv8011  (DLC)
25cv6239  (DLC)
25cv7191  (DLC)
25cv10737 (DLC)
25cv6199  (DLC)
25cv6201  (DLC)
25cv9068  (DLC)
25cv9541  (DLC)
25cv6212  (DLC)
25cv7195  (DLC)
25cv7207  (DLC)
25cv6922  (DLC)
25cv6128  (DLC)
25cv7944  (DLC)
25cv6923  (DLC)
25cv9073  (DLC)
25cv10724 (DLC)
25cv9074  (DLC)
25cv7210  (DLC)
25cv7211  (DLC)
25cv9077  (DLC)
25cv8020  (DLC)
25cv8021  (DLC)
25cv8013  (DLC)
25cv6215  (DLC)
25cv10721 (DLC)
25cv7949  (DLC)
25cv6219  (DLC)
25cv8023  (DLC)
25cv6926  (DLC)
25cv8015  (DLC)
25cv9542  (DLC)
25cv7953  (DLC)
25cv7990  (DLC)
25cv10729 (DLC)

| | | |
|---|---|---|
| Romero v. Johnson & Johnson Consumer, Inc. et al., Case No. 1:25-cv-6929 | : | 25cv6925 (DLC) |
| Rose v. Johnson & Johnson Consumer, Inc. et al., Case No. 1:25-cv-7995 | : | 25cv7222 (DLC) |
| Rusignola v. Johnson & Johnson Consumer, Inc. et al., Case No. 1:25-cv-6233 | : | 25cv6929 (DLC) |
| Scurry v. Johnson & Johnson Consumer, Inc. et al., Case No. 1:25-cv-7226 | : | 25cv7995 (DLC) |
| Shattuck v. Johnson & Johnson Consumer, Inc. et al., Case No. 1:25-cv-9079 | : | 25cv6233 (DLC) |

Romero v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-6929
Rose v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-7995
Rusignola v. Johnson & Johnson
Consumer, Inc. et al., Case No. 1:25-cv-6233
Scurry v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-7226
Shattuck v. Johnson & Johnson
Consumer, Inc. et al., Case No. 1:25-cv-9079
Stark v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-6927
Stokes v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-8001
Strachan v. Johnson & Johnson
Consumer, Inc. et al., Case No. 1:25-cv-6222
Stuart v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-10092
Warren v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-6235
Williams v. Johnson & Johnson
Consumer, Inc. et al., Case No. 1:25-cv-7229
Williams v. Johnson & Johnson
Consumer, Inc. et al., Case No. 1:25-cv-9701
Wills v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-8005
Zetley v. Johnson & Johnson Consumer,
Inc. et al., Case No. 1:25-cv-8005

25cv6925 (DLC)
25cv7222 (DLC)
25cv6929 (DLC)
25cv7995 (DLC)
25cv6233 (DLC)
25cv7226 (DLC)
25cv9079 (DLC)
25cv6927 (DLC)
25cv8001 (DLC)
25cv6222 (DLC)
25cv10092 (DLC)
25cv6235 (DLC)
25cv7229 (DLC)
25cv9701 (DLC)
25cv8005 (DLC)
25cv6931 (DLC)

-------------------------------------- X

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should

3

not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

In a letter of April 1, 2026, counsel for defendant Johnson & Johnson Consumer Inc. informed the Court that, in the following fifty-two actions, defendants were served and plaintiffs were required to file show cause responses between November 17, 2025 and March 20, 2026: 25cv7203, 25cv8011, 25cv6239, 25cv7191, 25cv10737, 25cv6199, 25cv6201, 25cv9068, 25cv9541, 25cv6212, 25cv7195, 25cv7207, 25cv6922, 25cv6128, 25cv7944, 25cv6923, 25cv9073, 25cv10724, 25cv9074, 25cv7210, 25cv7211, 25cv9077, 25cv8020, 25cv8021, 25cv8013, 25cv6215, 25cv10721, 25cv7949, 25cv6219, 25cv8023, 25cv6926, 25cv8015, 25cv9542, 25cv7953, 25cv7990, 25cv10729, 25cv6925, 25cv7222, 25cv6929, 25cv7995, 25cv6233, 25cv7226, 25cv9079, 25cv6927, 25cv8001, 25cv6222, 25cv10092, 25cv6235, 25cv7229, 25cv9701, 25cv8005, and 25cv6931.  Because plaintiffs have not filed a show cause response in any of the above-captioned member cases, it is hereby

ORDERED that judgment is entered for defendants in Member Cases 25cv7203, 25cv8011, 25cv6239, 25cv7191, 25cv10737, 25cv6199, 25cv6201, 25cv9068, 25cv9541, 25cv6212, 25cv7195,

4

25cv7207, 25cv6922, 25cv6128, 25cv7944, 25cv6923, 25cv9073, 25cv10724, 25cv9074, 25cv7210, 25cv7211, 25cv9077, 25cv8020, 25cv8021, 25cv8013, 25cv6215, 25cv10721, 25cv7949, 25cv6219, 25cv8023, 25cv6926, 25cv8015, 25cv9542, 25cv7953, 25cv7990, 25cv10729, 25cv6925, 25cv7222, 25cv6929, 25cv7995, 25cv6233, 25cv7226, 25cv9079, 25cv6927, 25cv8001, 25cv6222, 25cv10092, 25cv6235, 25cv7229, 25cv9701, 25cv8005, and 25cv6931, and the cases are dismissed with prejudice.

Dated:    New York, New York
          April 1, 2026

 

DENISE COTE
United States District Judge